# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Octabilio Morales-Boteo, | ) | |
| a/k/a Octabilio Morales, | ) | |
| | ) | Case No. 4:11-mj-070 |
| Defendant. | ) | |

On August 8, 2011, the government filed a motion to dismiss complaint without prejudice.

The court **GRANTS** the government's motion (Docket No. 10). The above-entitled action is is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

Dated this 9th day of August, 2011.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court